# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-2706

_____

John W. Arnzen, III

*Plaintiff - Appellant*

Cory West; Danny Roe; David Whetstone; Derek Blaise

*Plaintiff*s

v.

Superintendent John R. Baldwin; Gail Huckins; Jill Hubbard; Brad Hoenig; Beth
Barnhill; Jim Felker; Leta Hasier; Jeff Crane; Jerry Bartruff; Barry Anderson;
Kathy Khommanyvong; Sonya Sellmeyer; Matt Carlson

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: December 30, 2015
Filed: January 7, 2016
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges

_____

PER CURIAM.

Iowa civil detainee John W. Arnzen, III appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action challenging his commitment to the Civil Commitment Unit for Sex Offenders, and arguing he should have been released on supervision. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court finds no reversible error upon de novo review. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam). The district court did not abuse its discretion in denying appointed counsel. *See Phillips v. Jasper Cty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006) (no right to appointed counsel in civil cases).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Donald E. O'Brien, late a United States District Judge for the Northern District of Iowa.